UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
CHUN JIE YIN,  :
 :
               Plaintiff,  : **ORDER ADOPTING REPORT**
 : **AND RECOMMENDATION**
     -against-  : 07 CV 1236 (DLI) (JO)
 :
AN J. KIM,  :
 :
               Defendant.  :
----------------------------------------------------------------x

**DORA L. IRIZARRY, United States District Judge:**

      It appears that no objections have been filed to the Report and Recommendation of the Honorable James Orenstein, U.S.M.J., dated March 7, 2008;[1] and

      Upon due consideration, the Report and Recommendation is hereby adopted in full. Accordingly, it is hereby

      ORDERED that default judgment be entered against An J. Kim in the amount of $3,027.25, comprised of $1,600.00 in unpaid regular wages, $330.54 in unpaid overtime premiums, $18.00 in "spread of hours" damages, $487.14 in liquidated damages (under state law only), and $591.57 in prejudgment interest. No attorneys' fees or other litigation costs shall be awarded. It is further hereby

      ORDERED that service of a copy of this Order on An J. Kim shall be made by the plaintiff within five (5) days of the date of this Order, and proof thereof shall be filed with the court via ECF immediately thereafter.

DATED:    Brooklyn, New York
             March 31, 2008

                                                             _____/s/_____
                                                                  DORA L. IRIZARRY
                                                         United States District Judge

---

[1] On March 28, 2007, the plaintiff served a copy of the Report and Recommendation on the defendant by United States Postal Service certified mail, return receipt requested, on March 7, 2008. *See* Loncarevic Affidavit of Service. On March 27, 2008 the mailing was returned to the plaintiff from the Postal Service, with markings indicating that the mailing could not be delivered. *See* Letter from Pl.'s Counsel, Mar. 28, 2007.