UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHUN JIE YIN,

                Plaintiff,

    -against-

AN J. KIM,

                Defendant.
------------------------------------------------------------X

JUDGMENT
07-CV- 1236 (DLI)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
APR 03 2008

    An Order of Honorable Dora L. Irizarry, United States District Judge, having been filed on April 1, 2008, adopting the Report and Recommendation of Magistrate Judge James Orenstein, dated March 7, 2008; directing the Clerk of Court to enter a default judgment against An J. Kim in the amount of $3,027.55, comprised of $1,600.00 in unpaid regular wages, $330.54 in unpaid overtime premiums, $18.00 in "spread of hours" damages, $487.14 in liquidated damages (under state law only), and $591.57 in prejudgment interest; and ordering that no attorneys' fees or other litigation costs shall be awarded; it is

    ORDERED and ADJUDGED that the Report and Recommendation of Magistrate Judge James Orenstein is adopted; that a default judgment is hereby entered in favor of plaintiff, Chun Jie Yin, and against defendant, An J. Kim, in the amount of $3,027.55, comprised of $1,600.00 in unpaid regular wages, $330.54 in unpaid overtime premiums, $18.00 in "spread of hours" damages, $487.14 in liquidated damages (under state law only), and $591.57 in prejudgment interest; and that no attorneys' fees or other litigation costs are awarded.

Dated: Brooklyn, New York
       April 01, 2008

Robert C. Heinemann
Clerk of Court

By:    S/TV
     Terry Vaughn
     Chief Deputy of
     Court Operations